

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00089-CV

_____

IN THE INTEREST OF J.H., A CHILD

On Appeal from the 231st District Court
Tarrant County, Texas
Trial Court No. 231-414483-07

Before Sudderth, C.J.; Kerr and Walker, JJ.
Memorandum Opinion by Justice Walker

# MEMORANDUM OPINION

Appellant H.H. (Mother) appeals from the trial court's March 18, 2021 default order increasing the monthly child-support obligation charged against appellee O.L. (Father). On March 31 and April 13, we notified Mother that we could dismiss her appeal if she failed to either pay the required filing fee or file a docketing statement. *See* Tex. R. App. P. 42.3, 44.3; *see also* Tex. R. App. P. 5, 32.1. She did not respond. On April 28, we again warned Mother we would dismiss her appeal if she failed to comply and provided her with a form statement of inability to afford court costs and a form docketing statement. *See* Tex. R. App. P. 20.1(c), 32.1. Mother again did not respond; however, Father (proceeding pro se) filed a docketing statement and the filing fee on May 6.

On May 17, we notified the parties that if Father was attempting to appeal the trial court's order, the attempt was untimely; we warned that if Father did not show grounds to continue his attempted appeal, we would dismiss his appeal for want of jurisdiction. *See* Tex. R. App. P. 25.1(c), 26.1(d). Additionally, we warned Mother for the fourth time that we would dismiss her appeal if she did not pay the filing fee for her notice of appeal.

Mother responded to the fourth notice and requested that we dismiss her appeal because she does not "want to pursue this any further." Father also responded that he had "mistakenly" paid the filing fee because he had thought our prior notices related to his child-support obligation imposed in the trial court's March 18, 2021

default order. Based on Mother's response, we dismiss her appeal. *See* Tex. R. App. P. 42.1(a)(1). And because Father was not attempting to appeal the trial court's default order, we direct the clerk to return the filing fee to him.

/s/ Brian Walker

Brian Walker
Justice

Delivered: June 3, 2021